THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
KAREN ANNE LENTZ and              *
GERALD A. LENTZ, Jr.              *
417 Mere Point Road               *
Brunswick, ME 04011               *
                                  *
              Plaintiffs,         *   CIVIL ACTION _____
                                  *
       vs.                        *   SUPERIOR COURT NO. 0005620-06
                                  *
ELI LILLY AND COMPANY,            *
Lilly Corporate Center            *
Indianapolis, IN  46285           *
              Defendant.          *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the

2054237v1

public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 3rd, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

*[signature: Emily J. Laird]*

Michelle R. Mangrum, DC Bar No. 473634
John Chadwick Coots, DC Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone; (202) 783-4211 Fax

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri 64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2006 a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., NW, Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiffs**

ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

2054237v1