IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN ANNE LENTZ, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-1374 (ESH) |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY,** ] | on September 7, 2006 at 10:30 a.m. |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs KAREN ANNE LENTZ and GERALD A. LENTZ, JR. in the above-referenced matter.

                                                          Respectfully submitted,

                                                          AARON M. LEVINE & ASSOCIATES

                                                          /s/ Steven J. Lewis
                                                         STEVEN J. LEWIS, #472564
                                                         1320 19th Street, N.W., Suite 500
                                                         Washington, DC  20036
                                                         202-833-8040
                                                         Fax: 202-833-8046