IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN ANNE LENTZ and GERALD A. LENTZ, Jr., <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL ACTION No. 1:06-cv-01374-ESH ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  August 30, 2006

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

 /s/ Emily J. Laird
Emily J. Laird, DC Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

133315v1

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 30th day of August, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

                                                /s/ Emily J. Laird
                                        **ATTORNEY FOR DEFENDANT**
                                        **ELI LILLY AND COMPANY**

133315v1