## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KAREN ANNE LENTZ, et al.,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| v. | ] | **Civil Action No.: 06-1374 (ESH)** |
| | ] | **Next Event: Initial Scheduling Conference** |
| **ELI LILLY AND COMPANY,** | ] | **on September 7, 2006 at 10:30 a.m.** |
| | ] | |
| **Defendant.** | ] | |

## [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

December 6, 2006:     Deadline for serving discovery requests.

February 5, 2007:     Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

April 6, 2007:     Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

May 7, 2007:     All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

June 6, 2007:     Deadline for filing Dispositive Motions.

August 2007:     Pre-Trial Conference.

*N.B.     In addition, Defendant Lilly proposes October 9, 2006 as the deadline for joinder or amending the pleadings.*

DATED: _____          _____

ELLEN SEGAL HUVELLE
United States District Judge

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES                SHOOK, HARDY & BACON, L.L.P.


 /s/ Aaron M. Levine                           /s/ Emily J. Laird (by permission-sl)
AARON M. LEVINE, #7864                       EMILY J. LAIRD, #473634
1320 19th Street, N.W.                       600 14th Street, N.W.
Suite 500                                    Suite 800
Washington, DC 20036                         Washington, DC   20005-2004
202/833-8040                                 202-223-1200
Fax: 202-833-8046                            Fax: 202-783-4211

Counsel for Plaintiffs                       and

                                             David W. Brooks, Esq.
                                             Mark C. Hegarty, Esq.
                                             John F. Kuckelman, Esq.
                                             SHOOK, HARDY & BACON, L.L.P.
                                             2555 Grand Boulevard
                                             Kansas City, MO 64108
                                             816-474-6550
                                             Fax: 816-421-5547

                                             Counsel for Defendant Eli Lilly and Company


Dated: August 30, 2006