# Exhibit 2

To
Memorandum of Points and Authorities
in Support of Defendant Eli Lilly and Company's
Motion to Transfer to the District of Maine

Filed in:
*Karen Anne Lentz, et al. v. Eli Lilly and Company*
U.S. District Court for the District of Columbia
Civil Action No. 06-CV-1374-ESH

135415v1

NOV 1 0 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN ANNE LENTZ, et al.,             ]
                                       ]
      Plaintiffs,                    ]
                                       ]
v.                                     ]      Civil Action No.: 06-1374 (ESH)
                                       ]
ELI LILLY AND COMPANY,                 ]
                                       ]
      Defendant.                     ]

## PLAINTIFF KAREN ANNE LENTZ'S ANSWERS TO
## DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

    1.    Please state your present name, date and place of birth, Social Security Number, and all other names you have used or been known by, including the period during which you were known by such other names.

    **ANSWER:**    Karen Anne Lentz; Date and Place of birth: July 20, 1966 at Parkview Hospital, Brunswick, Maine; Social Security Number: 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; Maiden Name: Karen Anne Bisson (July 20, 1966-July 26, 1986).

    2.    Please state in chronological order the full address for each residence at which you have resided for a period of thirty (30) days or more, and state the date each such residency was commenced and terminated.

    **ANSWER:**

    a.    Mere Point Road
           Brunswick, ME   04011
           (1966-1977)

    b.    Laurel Point Road
           Brunswick, ME   040111
           (1977-1986)

    c.    42 Pleasant Street
           Brunswick, ME   04011
           (1986-1989)

    d.    417 Mere Point Road

      Brunswick, ME  04011
      (1989-Present)

3. Please state whether you have ever been married and, if so, for each marriage identify the full name and present address of your spouse, the date and place of marriage and the date, place and manner of the termination of any such marriage, including the date, place and court where any divorce or dissolution was granted.

**ANSWER:** Gerald A. Lentz, Jr., 417 Mere Point Road, Brunswick, Maine 04011; date and place of marriage: July 26, 1986 in Brunswick, Maine.

4. Please state your educational background including colleges attended, years of such attendance and any degrees or diplomas obtained from such colleges.

**ANSWER:** High school diploma in 1984 from Mt. Ararat High School in Topsham, ME.

5. Please state the name and address of your present and past employers and/or any periods of self-employment, including the job title, nature of duties, length or period of employment or self-employment, average monthly earnings and reason for leaving employ of each such employer or period of self-employment.

**ANSWER:**

    a.    American Express Financial Advisors
          500 Southborough Drive
          South Portland, ME 04106
          Administrative Assistant - Office Manager
          (1996-2001)
          Reason for Leaving: To be a stay at home mother

    b.    LL Bean
          Freeport, ME 04032
          Catalog Returns
          (1995-1996 - seasonal)
          Reason for Leaving: Seasonal employment

    c.    The Ribbon Outlet
          Main Street
          Freeport, ME 04032
          Store Manager/Area Manager
          (1990-1995)
          Reason for Leaving: Store closed

    d.    NutriSystems
8 Everett Street
Brunswick, ME 04011
Receptionist
(1989-1990)
Reason for Leaving: Better job

    e.    Warmings Market
294 Maine Street
Brunswick, ME 04011
Cashier
(1989-1990)
Reason for Leaving: Better job

    f.    Fashion Bug
Pine Tree Shopping Centre
South Portland, ME 04102
Assistant Manager
(1988-1989)
Reason for Leaving: Job closer to home

    g.    Casco Bay Trading Post
117 US Route 1
Freeport, ME 04032
Store Manager
(1986-1987)
Reason for Leaving: Better job

    h.    JC Penney
Cooks Corner
Brunswick, ME 04011
Department Manager
(1983-1986)
Reason for Leaving: Better job

6.    Except for the present lawsuit, if you ever made any claim or filed any lawsuit for personal injury or disability, please provide details, including the approximate date each such claim or other lawsuit was filed; the nature of your claimed injury, disability or condition; the name and address of each person, firm or corporation against whom such claim or suit was made or filed; the amount received by way of settlement, payment or judgment for each such claim or suit; the approximate date, location and circumstances of the occurrence causing any injury, disease or disability for each such suit or claim; and the name and address of the court, commission or other

body before which such claim or suit was filed, if any, and the number assigned to each such claim or suit.

**ANSWER:** Not applicable.

7. Please state the name and address of each physician or other health care provider who has treated you for <u>any</u> reason which you do <u>not</u> attribute to your alleged exposure to diethylstilbestrol (DES) referred to in your Complaint, including the nature, date, location, of any such treatment, the name and address of each hospital, clinic or other health care facility where you were confined, treated or examined, and the dates of such confinement, treatment or examination.

**ANSWER:** Plaintiff objects to this Interrogatory as overly broad, burdensome, irrelevant nor will it lead to the discovery of any relevant information pertaining to Plaintiff's claims. In addition, Plaintiff objects to any health care provider not relevant to her gynecological or associated conditions. Without waiving said objections, plaintiff submits that the following have conducted gynecological examinations and/or been her primary care physicians within the past twenty (20) years:

a. Alice Cunningham, M.D.
   Jon Commons, M.D.
   J. Donald Burgess, M.D.
   Parkview Women's Health Care (formerly Mere Point OB/GYN Associates)
   Medical Arts Building
   329 Maine Street, Suite H
   Brunswick, ME 04011

8. In regard to your menstrual history, please state your age at the onset of menstruation, whether menstruation was regular, and if not, describe such irregularities as well as any cramping, fainting, dizzy spells, or any other difficulties with menstruation (such as excessive or prolonged flow), and if you have consulted a physician or other health care provider regarding any of these irregularities or difficulties, please state the name and address of the physician, the approximate dates consulted and the reason for any such consultation, examination or treatment.

**ANSWER:** Plaintiff's age at the onset of menstruation was approximately 13-14 years of age and is normal. In addition, see plaintiff's medical records and reports produced in response to Defendant's First Request for Production of Documents or Tangible Things.

9. If you have ever attempted to become pregnant, but been unable to conceive, please state the number of months or years (give approximate dates) you were unable to conceive, and the name and address of any physician or other health care provider consulted and the date(s) of each consultation.

**ANSWER:** Not applicable as plaintiff has conceived. See Answer to Interrogatory No. 10.

10. If you have ever been pregnant, please state the number of months or years you attempted to conceive before becoming pregnant and the approximate date of conception; the date of termination of the pregnancy and the result (e.g., childbirth, miscarriage, spontaneous abortion, therapeutic abortion, etc.); the name and address of each physician or other health care provider consulted during the pregnancy; the name and address of the physician or other health car provider attending the birth (or abortion); the name and address of the hospital where each child was born (or each pregnancy, miscarried or aborted); if the pregnancy resulted in the birth of a child, the name and address of each child; whether the child had any birth defects or inherited diseases/disorders and, if so, the nature of each such birth defect, disease or disorder; whether each child is now deceased and, if so, the date, place, and cause of each child's death.

**ANSWER:**

Plaintiff has had five pregnancies as follows:

a. LMP: Unknown; Pregnancy ended in a left ectopic on 4/26/87; Alice Cunningham, M.D., Parkview Women's Health Care, 329 Maine Street, Suite H, Brunswick, ME 04011; Parkview Hospital, 329 Maine Street, Brunswick, ME 04011;

b. Attempted to conceive since June 1987; LMP: 7/15/91; Pregnancy ended in a missed abortion on 9/13/91; J. Donald Burgess, M.D., Parkview Women's Health Care, 329 Maine Street, Suite H, Brunswick, ME 04011; Parkview Hospital, 329 Maine Street, Brunswick, ME 04011;

c. Attempted to conceive since October 1991; LMP: 8/28/97; Pregnancy ended in a right ectopic pregnancy on 10/27/97; J. Donald Burgess, M.D., Parkview Women's Health Care, 329 Maine Street, Suite H, Brunswick, ME 04011;

d. Attempted to conceive since January 1998; LMP: December 12/4/00; Pregnancy delivered at 36 4/7 weeks gestation on 8/17/01; Jon Commons, M.D., Parkview Women's Health Care, 329 Maine Street, Suite H, Brunswick, ME 04011; Parkview Hospital, 329 Maine Street, Brunswick, ME 04011; also consulted with Joseph R. Wax, M.D. and Stephen D. Rioux, M.D., Maine Medical Center, 887 Congress Street, Portland, ME 04102; Daughter: Abigail Rose Lentz, 417 Mere Point Road,

      Brunswick, ME 04011;

e.    LMP: 7/15/03; Pregnancy ended in a right ectopic pregnancy on 8/29/03; Jon Commons, M.D., Parkview Women's Health Care, 329 Maine Street, Suite H, Brunswick, ME 04011; Parkview Hospital, 329 Maine Street, Brunswick, ME 04011.

11.    Please state the inclusive dates of your mother's pregnancy with you, your mother's and father's names as of your date of birth, your mother's address during her pregnancy with you, the name and address of the doctor and/or other persons who delivered you, the name and address of the hospital or other place where you were delivered, including a description of the location if not delivered in a hospital.

**ANSWER:**    Plaintiff's mother's last menstrual period prior to plaintiff's birth was October 16, 1965 and Plaintiff was delivered on July 20, 1966; Mother's Name as of Plaintiff's date of birth: Helene Emma Bisson; Father's Name as of Plaintiff's date of birth: Maurice Jean Bisson; Mother's Address during her pregnancy with Plaintiff: Mere Point Road, Brunswick, ME 04011; Alice Cunningham, M.D. at Parkview Memorial Hospital, 329 Maine Street, Brunswick, ME 04011.

12    Please list the names of all drugs and medications used by you within the last ten (10) years, including, but not limited to, antibiotics, contraceptives, tranquilizers, sleeping pills, antihypertensives, diet aids, or hormones; the inclusive dates each such drug or medication was used; the purpose for which said drug or medication was used; and the name of the physician or other health care provider, if any, who prescribed such drug or medication for your use.

**ANSWER:**    Plaintiff objects to this Interrogatory as overly broad and burdensome, nor will it lead to the discovery of information relevant to her claim. The only relevant hormone plaintiff has been exposed to is the DES she was exposed to in utero. Without waiving said objection, see plaintiff's medical records and reports produced in response to Defendant's First Request for Production of Documents or Tangible Things.

13.    Please describe with specificity the injuries, disabilities and/or conditions which you allege to have resulted from your alleged exposure to the drug identified in your Complaint, including any complaints of injury, disability, or condition which have now subsided and when you last had those complaints, and if you are claiming any aggravation of any injury, disability, or condition, describe such condition, and the manner in which you claim such condition was

aggravated by your alleged exposure to the drug identified in the Complaint.

**ANSWER:** Plaintiff claims that the following effects are causally related to her in utero exposure to DES:

    a.    Adenosis;

    b.    Cocks Comb Cervix;

    c.    Ruptured Left Ectopic Pregnancy on requiring 4/26/87 requiring a left salpingectomy;

    d.    Right Ectopic Pregnancy on 10/27/97 requiring treatment with Methotrexate;

    e.    Right Ectopic Pregnancy on 8/29/03 requiring a right salpingectomy;

    f.    Secondary Infertility;

    g.    Depression and impaired relationship with spouse complicated by anger, resentment, and disappointment.

14. If you have been confined, examined, x-rayed or treated in any hospital or clinic or physician's office or have consulted any physician or other health care provider as a result of any injury, disability, or condition which you allege to have resulted from your alleged exposure to the drug identified in your Complaint, please state the name and address of each such hospital or clinic or office, the name and address of each treating physician or other health care provider, and the nature of the treatment received by you, including the date of each such confinement, examination, x-ray or treatment.

**ANSWER:**

    a.    See plaintiff's Answer to Interrogatory No. 10

    b.    Joseph L. Wilkis, M.D.
           Coastal Women's Healthcare
           96 Campus Drive
           US Route One
           Scarborough, ME  04074
           (Infertility Consult - 11/1/95)

    c.    Parkview Hospital
           329 Maine Street
           Brunswick, ME 04011

See plaintiff's medical records and reports produced in response to Defendant's First Request for Production of Documents or Tangible Things.

15. Please itemize any and all special damages you claim to have incurred as a result of your alleged exposure to the drug identified in your Complaint, including but not limited to, doctor and hospital bills, prescription bills, counseling services, nursing services, and other employed help, including the name and address of the person or company performing the service, the amount of each bill and the nature of the services rendered.

**ANSWER:** This information will be forwarded upon receipt and compilation.

16. If you are claiming any loss of income or earnings as a result of any injuries, disabilities or conditions attributed to your alleged exposures to the drug identified in your Complaint, please state the total amount claimed, the dates of employment missed and the reasons therefore; and for the last 5 years in which you filed federal income tax returns, state as to each return filed, your name as it appeared on the federal return, whether the return was a joint return, and the name of your spouse as it appeared on the return if a joint return was filed, and your address as it appeared on the return.

**ANSWER:** Plaintiff is not currently making a claim for loss of income or earnings. Plaintiff reserves the right to supplement or amend this answer as discovery progresses.

17. As to your mother, please state her full name and maiden name; her date and place of birth; her present address if living, the date and cause of death if deceased; all residences at which your mother lived for a period of more than thirty (30) days since her pregnancy with you was diagnosed; any and all major illnesses, diseases and/or conditions your mother has or has had and the approximate dates of such illness, disease and/or condition; the approximate date of each of your mother's pregnancies; the outcome of each of your mother's pregnancies; what drugs, including diethylstilbestrol (DES), were administered in each of your mother's pregnancies; any medical problems developed during your mother's pregnancies; the name and address of each physician or other health care provider your mother consulted during each pregnancy, the name and address of the hospital or clinic where your mother was confined during each such pregnancy; your mother's present marital status and, if married, the name and address of her spouse.

**ANSWER:** Helene Emma Bisson; Maiden Name: Helene Emma Prince; Date of Birth: March 6, 1937; Place of Birth: Brunswick, ME; Present Address: 17 Laurel Point Circle, Harpswell, ME 04079.

Residential Addresses:

    a.    Mere Point Road
          Brunswick, ME 04011
          (1966-1977)

    b.    17 Laurel Point Circle
          Harpswell, ME  04079
          (1977-Present)

<u>Major Illnesses, Diseases and/or Conditions</u>:    None

<u>Pregnancy History</u>:

    a.    1956 - miscarriage; St. Mary's Hospital, Lewiston, ME 04240;

    b.    6/3/57 - delivery of Ronald Bisson at 32 weeks gestation; Ronald Beetle, M.D., Parkview Hospital, 329 Maine Street, Brunswick, ME 04011; Said infant died on 6/5/57;

    c.    11/14/58 - delivery of Michael Bisson; Ronald Beetle, M.D., Parkview Hospital, 329 Maine Street, Brunswick, ME 04011; Plaintiff's mother was prescribed DES during this pregnancy;

    d.    7/25/60 - delivery of Daniel Bisson; Ronald Beetle, M.D., Parkview Hospital, 329 Maine Street, Brunswick, ME 04011; Plaintiff's mother was prescribed DES during this pregnancy;

    e.    8/14/62 - delivery of Timothy Bisson; Ronald Beetle, M.D., Parkview Hospital, 329 Maine Street, Brunswick, ME 04011; Plaintiff's mother was prescribed DES during this pregnancy;

    f.    1963 - early miscarriage; Ronald Beetle, M.D., Parkview Hospital, 329 Maine Street, Brunswick, ME 04011; and

    g.    7/20/66 - delivery of plaintiff Karen Anne (Bisson) Lentz; Ronald Beetle, M.D., and Alice Cunningham, M.D., Parkview Hospital, 329 Maine Street, Brunswick, ME 04011; Plaintiff's mother was prescribed DES during this pregnancy.

Plaintiff's mother does not recall any other medications during her pregnancies other than the DES she ingested as noted above.

Plaintiff's mother is a widow.

18.    As to your father, please state his full name; his place and date of birth; his present

address if living, the date and cause of death if deceased; all residences at which your father lived for period of more than thirty (30) days since the date of your birth; all major illnesses, diseases and/or conditions which your father has or has had and the approximate dates of such illness, disease and/or condition; his present marital status and, if married, the name and address of his spouse.

**ANSWER:**   Maurice Jean Bisson; Place of Birth: Brunswick, ME; Date of Birth: March 9, 1935; Date of Death: March 16, 1993; Major Illnesses, Diseases and/or Conditions: Heart Attack and High Blood Pressure.

For residential addresses, see plaintiff's answer to Interrogatory No. 17.

19.   As to your brothers and sisters, please state their names at birth; their present names if different from their names at birth; their present addresses if living, the date and cause of their deaths if deceased; all major illnesses, diseases and/or conditions which each has or has had and the dates of each such illness, disease and/or condition; the date of each of their births and their relationship to you (natural brother, step-sister, adopted, etc.).

**ANSWER:**

a.   Ronald Bisson - see plaintiff's answer to Interrogatory No. 17;

b.   Michael I. Bisson, 7782 Myrtle Lane, King George, VA  22485, Date of Birth: 11/14/58;

c.   Daniel L. Bisson, Laurel Point Circle, Harpswell, ME 04079; Date of Birth: 7/25/60;

d.   Timothy Bisson, Laurel Shore Drive, Harpswell, ME 04079; Date of Birth: 8/14/62.

To plaintiff's knowledge, none of her siblings has or has had any major illnesses, diseases and/or conditions.

20.   As to your allegation that your mother ingested diethylstilbestrol (DES) during her pregnancy with you, and that such diethylstilbestrol (DES) was manufactured by Lilly, please state all dates when diethylstilbestrol (DES) was prescribed for your mother, the names and addresses of each physician who prescribed diethylstilbestrol (DES) for your mother, the names and address of all pharmacies, physician's offices, hospitals, clinics or other places at which your mother obtained diethylstilbestrol (DES) or it was obtained for her, the name and address of each person known to you or your representatives who has knowledge of facts which support such allegations and please identify each fact and each document which support such allegations.

**ANSWER:**

a. See prenatal records of Helene Bisson produced in response to Defendant's First Request for Production of Documents or Tangible Things;

b. Ronald Beetle, M.D. and Alice Cunningham, M.D., Parkview Hospital, 329 Maine Street, Brunswick, ME 04011;

c. Plaintiff's mother's recollection is that she obtained the diethylstilbestrol at Allen's Drug Store, 148 Maine Street, Brunswick, ME 04011; and

d. Plaintiff's mother Helene Bisson; William A. Lovell, 36 Pleasant Street, Brunswick, ME 04011; Alice Cunningham, M.D., 5 Oak Ridge Road, Brunswick, ME 04011; and Harold B. Sparr, R.Ph. and Philip Cafferty (information previously provided).

This answer may be supplemented as discovery progresses.

21. Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, the number of times it was taken per day, and any markings that may have appeared on the product.

**ANSWER:** Plaintiff's mother's recollection is that the diethylstilbestrol she ingested during her pregnancy with the plaintiff was a white pill that could be cut into small pieces as she increased the amount of the drug during the pregnancy. This answer may be supplemented as discovery progresses.

22. Please state the date on which you first believed that your mother took DES during her pregnancy with you, the date you first discovered any injury you claim to be due to your exposure to DES, and the date you first believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently, or tortiously in the manufacture or distribution of DES or in the warning about the use of DES.

**ANSWER:** Plaintiff first believed that her mother took DES during her pregnancy with her in 1979. Plaintiff was never told by anyone that her injuries were related to DES. Plaintiff first believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligent, or tortiously in the manufacture or distribution of DES or in the warning about

-11-

the use of DES until June 2005.

23. For each document, letter, written statement, memorandum or other written material from Lilly that you, your attorneys or other representatives may have, please state the exact description of each such item, the date appearing on each such item, the location where each such item was obtained, the name and address of the person to whom such written material was directed, the name and address of the person who obtained each such item, the name and address of the person who provided each such item and the name and address of the person known to Plaintiff to have custody of the written material.

**ANSWER:** My attorneys possess materials including labeling, A-Forms, brochures, warnings, promotional literature, as well as state of the art literature.

24. If you ever received, or if you have in your possession any documents, correspondence or publications from the national DESAD Project or any DES action organization please identify each such document, item of correspondence, or publication and indicate the date you received each such item and the source of each such item; and if not provided by the above-named organizations, please state the name and address of the person who gave you the item.

**ANSWER:** Not applicable.

25. Please identify all other persons having personal knowledge of any of the facts bearing on your claim, and for each such person state his or her address, telephone number and relationship to you, if any.

**ANSWER:** None, other than any of the aforementioned persons. Plaintiff reserves the right to supplement this answer as discovery progresses.

The information contained in these answers, as well as the word usage, sentence structure and opinion, are not solely that of the declarant; rather, they are the product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: 11-7-06

KAREN ANNE LENTZ, Declarant

AARON M. LEVINE & ASSOCIATES

AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC 20036
Telephone: 202-833-8040
Facsimile: 202-833-8046

Counsel for Plaintiffs

-13-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___7th___ day November , 2006, a true copy of the foregoing Plaintiff Karen Anne Lentz's Answers to Defendant Eli Lilly and Company's First Set of Interrogatories was mailed, first-class postage prepaid to:

John F. Kuckelman, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO   64108

Emily J. Laird, Esq.
Shook, Hardy & Bacon, L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC   20005

                                                */s/ Aaron M. Levine*
                                                Aaron M. Levine