# Exhibit 3

To
Memorandum of Points and Authorities
in Support of Defendant Eli Lilly and Company's
Motion to Transfer to the District of Maine

Filed in:
*Karen Anne Lentz, et al. v. Eli Lilly and Company*
U.S. District Court for the District of Columbia
Civil Action No. 06-CV-1374-ESH

135415v1

NOV 1 0 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN ANNE LENTZ, et al.,            ]
                                      ]
        Plaintiffs,                   ]
                                      ]
v.                                    ]   Civil Action No.: 06-1374 (ESH)
                                      ]
ELI LILLY AND COMPANY,                ]
                                      ]
        Defendant.                    ]

## PLAINTIFF GERALD LENTZ, JR'S ANSWERS TO DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1. Please state your present name, date and place of birth, Social Security Number, all other names you have used or been known by, the period during which you were known by such other names, your educational background including colleges attended, years of such attendance and any degrees or diplomas obtained from such colleges, your present address and all other residence addresses, in chronological order, at which you have lived for a period of thirty (30) days or more, including the dates each such residency was commenced and terminated.

ANSWER: Gerald A. Lentz, Jr.; Date and Place of Birth: December 25, 1962, Oahu, Hawaii; Social Security Number: 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; Other Names: None; Present Address: 417 Mere Point Road, Brunswick, ME 04011; Prior Addresses:

   a.   Oahu, Hawaii
        (1962-1963)

   b.   St. John Street
        Portland, ME  04101
        (1963-1964)

   c.   Pax River, MD
        (1964)

   d.   Roberts Street
        Portland, ME 04101
        (1964-1966)

   e.   Shobe Avenue

        Brunswick, ME 04011
        (1966-1970)

  f.       Warminster, PA and
        Swamp Road
        Bucks County, PA
        (1970-1976)

  g.      Columbia Avenue
        Brunswick, ME 04011
        (1976-1981)

  a.      30 Merry Meeting Road
        Brunswick, ME 04011
        (1981-1986)

  b.      42 Pleasant Street
        Brunswick, ME 04011
        (1986-1989)

  c.      417 Mere Point Road
        Brunswick, ME 04011
        (1989-Present)

High School Diploma in 1982 from Brunswick High School, Brunswick, ME.

    2.    Please state whether you have been married, and if so, for each marriage, state the full name and present address of each spouse, the date and place of each marriage, and the reason for termination of each marriage, including the date, place and court where any divorce or dissolution was granted.

    **ANSWER:**    Spouse: Karen Lentz; Address: 417 Mere Point Road, Brunswick, ME 04011;

Date of Marriage: 7/26/86; Place of Marriage: Brunswick, ME.

    3.    Please state in chronological order, for each employment or self-employment you have had for the last ten (10) years, the job title and the nature of the duties; the name and address of your employer and immediate supervisor; the dates of employment in this position or self-employment; the average net monthly earnings; and the reason for leaving each such employment or self-employment.

    **ANSWER:**    Plaintiff objects to this Interrogatory as irrelevant as there is no claim for loss

The information contained in these answers, as well as the word usage, sentence structure and opinion, are not solely that of the declarant; rather, they are the product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: 11-7-06

_____
GERALD LENTZ, JR., Declarant


AARON M. LEVINE & ASSOCIATES

_____
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
Telephone: 202-833-8040
Facsimile:  202-833-8046

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day November, 2006, a true copy of the foregoing Plaintiff Gerald Lentz, Jr.'s Answers to Defendant Eli Lilly and Company's First Set of Interrogatories was mailed, first-class postage prepaid to:

John F. Kuckelman, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108

Emily J. Laird, Esq.
Shook, Hardy & Bacon, L.L.P.
600 14th Street, N.W., Suite 800
Washington, DC  20005

_____
Aaron M. Levine