IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN ANNE LENTZ and<br>GERALD A. LENTZ, Jr.<br><br>    Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION 06-1374 (ESH) |

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to Transfer to the District of Maine pursuant to 28 U.S.C. § 1404(a),

IT IS HEREBY ORDERED that Eli Lilly and Company's Motion is granted;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is transferred to the United States District Court for the District of Maine.


Dated: _____, 2006        _____
                          United States District Judge


cc: Appended list of counsel of record

135416v1

- 2 -

## COUNSEL OF RECORD

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C.  20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**

- 2 -

135416v1