IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN ANNE LENTZ, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-1374 (ESH) |
| ] | Next Event: Mediation with Magistrate Kay |
| **ELI LILLY AND COMPANY,** ] | on April 30, 2007 at 10:30 a.m. |
| ] | |
| **Defendant.** ] | |

**CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER TO THE DISTRICT OF MAINE**

COME NOW the Plaintiffs, by and through counsel, with the consent of Defendant Eli Lilly and Company ("Lilly"), and moves the Court to extend the time in which Plaintiffs shall file their Opposition to Defendant's Motion to Transfer to the District of Maine until December 11, 2006, and as grounds therefore states:

1. Defendant filed its Motion to Transfer to the District of Maine on November 16, 2006, and Plaintiffs' Opposition to same would be due on November 27, 2006.

2. Defendant's Motion requires a more extensive review and preparation in order for the Plaintiffs to properly respond.

3. No prior extensions of this deadline have been requested.

4. Counsel for Defendant Lilly has consented to the granting of this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order extending the time in which Plaintiffs shall file their Opposition to Defendant's Motion to Transfer to the District of Maine to December 11, 2006.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES


        /s/ Aaron M. Levine
        AARON M. LEVINE, #7864
        1320 19th Street, N.W.
        Suite 500
        Washington, DC   20036
        202-833-8040

        Counsel for Plaintiffs


Dated: November 21, 2006


## LCvR 7.1(m) CERTIFICATION

Consent to the foregoing Motion to Extend Time to File Plaintiffs' Opposition to Defendant's Motion to Transfer to the District of Maine was granted by counsel for Defendant Lilly on November 21, 2006.


        /s/ Aaron M. Levine
        AARON M. LEVINE, #7864