IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN ANNE LENTZ, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-1374 (ESH) |
| ] | Next Event: Mediation with Magistrate Kay |
| **ELI LILLY AND COMPANY,** ] | on April 30, 2007 at 10:30 a.m. |
| ] | |
| **Defendant.** ] | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Consent Motion to Extend Time to File Plaintiffs' Opposition to Defendant Eli Lilly and Company's Motion to Transfer to the District of Maine, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that Plaintiffs shall file their Opposition to Defendant Eli Lilly and Company's Motion to Transfer to the District of Maine on or before December 11, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge