**Appendix 1**


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 09 2002
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY PETERSON,

    Plaintiff,

v.

ELI LILLY AND COMPANY

    Defendant.

Case No. 1:01CV01404 (ESH/AK)
Next Event: Defendant's 26(a)(2)
Statement Due on January 21, 2002

### ORDER

Upon consideration of Plaintiff's Opposition to Defendant's Motion to Transfer, and for good cause shown, it is this 9 day of January, 2002,

ORDERED that Defendant's Motion to Transfer be and hereby is DENIED;

AND IT IS FURTHER ORDERED that this case shall remain in the United States District Court for the District of Columbia and shall not be transferred.

                                                  E. S. Huvelle
                                                    Judge

Copies to:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036

James J. Dillon, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Thomas M. Hefferon, P.C.
Goodwin Procter LLP
1717 Pennsylvania Avenue, NW
Washington, DC 20006


