UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN ANNE LENTZ and GERALD A. LENTZ, Jr., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | CIVIL ACTION No. 06-1374 (ESH) NEXT EVENT: Plaintiffs' 26(a)(2)(B) Statement due on February 5, 2007 |
| ELI LILLY AND COMPANY, ) ) | |
| Defendant. ) | |

**(PROPOSED) ORDER**

**UPON CONSIDERATION** of Defendant's Motion to Transfer to the District of Maine, and Plaintiff's Opposition thereto, and for good cause shown, it is this _____ day of _____, 200_____,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

_____
ELLEN SEGAL HUVELLE
United   States   District   Judge